**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Civil Action No. MDL 875 |
| This Document Relates to: U.S. DISTRICT FOR THE EASTERN DISTRICT OF WISCONSIN<br><br>All Cascino Vaughan Law Office Cases on Attached Exhibit "A" | Civil Action No. See Exhibit "A" |

**MOTION TO WITHDRAW MOTION FOR VOLUNTARY DISMISSAL**

In reviewing these cases to comply with Administrative Order No. 12, the attached named plaintiffs are not seeking voluntary dismissal of their cases.

1. Plaintiffs withdraw the previously filed motions seeking voluntary dismissal of their cases. No final order was entered dismissing these cases.

2. These plaintiffs have significant and serious asbestos-related conditions based on their medical records which will be provided pursuant to Administrative Order No. 12.

Wherefore, Plaintiffs pray that the court withdraw the previously filed motions seeking voluntary dismissal of their cases.

Dated: September 13, 2007

Respectfully submitted,

Mike Cascino

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312)-944-0600

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Civil Action No. MDL 875 |
| This Document Relates to: U.S. DISTRICT FOR THE EASTERN DISTRICT OF WISCONSIN | |
| All Cascino Vaughan Law Office Cases on Attached Exhibit "A" | Civil Action No. See Exhibit "A" |

**ORDER**

THIS MATTER being reviewed this date upon Plaintiffs' Motion to Withdraw Motion, and the Court having reviewed this case;

IT IS HEREBY ORDERED that the Motion for Voluntary Dismissal for the cases listed on attached Exhibit "A" is withdrawn.

BY THE COURT:

Date: ______________

____________________________
Honorable James T. Giles

## EXHIBIT "A"

| Case# | Last |
|---|---|
| 91-1176 | Steinke |
| 91-1179 | Blando |
| 91-1179 | Fawley |
| 91-1179 | Fiorini |
| 91-1179 | Kuhnke |
| 91-1179 | Windorski |
| 91-1179 | Yager |
| 91-1180 | Grueneberg |
| 91-1180 | Kosir |
| 91-1180 | McHugh |
| 91-1180 | Ostrand |
| 91-1180 | Van Mun |
| 91-1384 | Boettcher |
| 92-0193 | Hartl |
| 92-0194 | Bolan |
| 92-0194 | Bussen |
| 92-0194 | Doornek |
| 92-0194 | Schiedemeyer |
| 92-0195 | Hamilton |
| 92-0196 | Jaskulske |
| 92-0196 | Mallory |
| 92-0197 | Cottrell |
| 92-0197 | De Coster |
| 92-0197 | Olson |
| 92-0197 | Weyenberg |
| 92-0199 | Tollefson |
| 92-0200 | Anschutz |
| 92-0200 | Kaufman |
| 92-0201 | Ebertz |
| 92-0201 | McNeese |
| 92-0201 | Smith |
| 92-0201 | Tellock |
| 92-0202 | Suchorski |
| 92-0203 | Stange |
| 92-0203 | Warner |
| 92-0205 | Ahler |
| 92-0205 | Coleman |
| 92-0205 | Galewski |
| 92-0205 | Hertel |
| 92-0205 | Johnson |
| 92-0205 | Mattson |
| 92-0216 | Sabec |
| 92-0217 | Benthien |
| 92-0217 | Harrell |
| 92-0217 | Poehls |
| 92-0217 | Selvick |
| 92-0217 | Sullivan |
| 92-0217 | Theis |

| | |
|---|---|
| 92-0488 | Beiter |
| 92-0488 | Edgren |
| 92-0488 | Jones |
| 92-0488 | Kalinowski |
| 92-0488 | Kasza |
| 92-0488 | Redlin |
| 92-0489 | Choudoir |
| 92-0489 | Karnopp |
| 92-0489 | Matejowec |
| 92-0489 | McDonald |
| 92-0489 | Pinske |
| 92-0489 | Schmidt |
| 92-0489 | Seep |
| 92-0489 | Tellock |
| 92-0493 | Brey |
| 92-0493 | Kugler |
| 92-0493 | Powers |
| 92-0494 | Abrams |
| 92-0494 | Brueggemann |
| 92-0494 | Georgenson |
| 92-0495 | Biettler |
| 92-0495 | Diedrich |
| 92-0495 | Keitel |
| 92-0495 | Martin |
| 92-0496 | Free |
| 92-0496 | Mancheski |
| 92-0496 | Perlewitz |
| 92-0497 | Holsen |
| 92-0497 | Peplinski |
| 92-0497 | Weister |
| 92-0498 | Babcock |
| 92-0498 | La Fleur |
| 92-0498 | Sauerzopf |
| 92-0867 | Bacon |
| 92-0868 | Baier |
| 92-0868 | Bauer |
| 92-0868 | Karl |
| 92-0868 | Monfils |
| 92-0868 | Rausch |
| 92-0868 | Schmudlach |
| 92-0868 | Shew |
| 92-0868 | Steiner |
| 92-0868 | Wurst |
| 92-1173 | Albrecht |
| 92-1173 | Albrecht |
| 92-1173 | Allen |
| 92-1173 | Bieganski |
| 92-1173 | Bolda |
| 92-1174 | Filter |
| 92-1174 | Lindner |
| 92-1174 | Smith |
| 92-1175 | Lamers |

| | |
|---|---|
| 92-1175 | Long |
| 92-1175 | Schmitz |
| 92-1175 | Welch |
| 92-1176 | Gauthier |
| 92-1176 | Hurst |
| 92-1176 | Morgan |
| 92-1176 | Sixel |
| 92-1176 | Vertz |
| 92-1177 | Kuehne |
| 92-1177 | Nieland |
| 92-1178 | Ruppert |
| 92-1178 | Schmidt |
| 92-1179 | Christofferson |
| 92-1179 | Meiller |
| 93-0714 | Bartelme |
| 93-0714 | Craw |
| 93-0714 | Floryance |
| 93-0714 | Halverson |
| 93-0714 | Haupt |
| 93-0714 | Higginson |
| 93-0714 | Jackson |
| 93-0714 | Jefrey |
| 93-0714 | Krueger |
| 93-0714 | Meissner |
| 93-0714 | Sawyer |
| 93-1225 | Valetic |
| 93-1227 | Dunne |
| 93-1228 | Hamann |
| 93-1229 | Bresnahan |
| 93-1253 | Heinrich |
| 93-1254 | Sommer |
| 93-1256 | Strong |
| 93-1300 | Johannsen |
| 93-1301 | Link |
| 93-1311 | Matthews |
| 93-1337 | Bishop |
| 93-1339 | Kotajarvi |
| 93-1340 | Reid |
| 93-1342 | Krier |
| 93-1344 | Smaglick |
| 93-1384 | Scherbert |
| 93-1387 | Barrie |
| 93-1388 | Ryczek |
| 93-1391 | Hasenberg |
| 93-1392 | Emanuele |
| 93-1414 | Greenwald |
| 93-1415 | Rinke |
| 93-1419 | Plier |
| 93-1423 | Almond |
| 93-1424 | Cacchione |
| 93-1425 | Jasin |
| 93-1426 | Connell |

| | |
|---|---|
| 93-1446 | Kitzinger |
| 94-0020 | Schiesser |
| 94-0028 | Balthazor |
| 94-0161 | Aumueller |
| 94-0162 | Drabek |
| 94-0216 | Johnson |
| 94-0216 | Ketchum |
| 94-0216 | Koehler |
| 94-0216 | Morris |
| 94-0216 | Reichert |
| 94-0216 | Schwarz |
| 94-0216 | Troudt |
| 94-0217 | Bahr |
| 94-0217 | Fischer |
| 94-0217 | Jekel |
| 94-0217 | Yuds |
| 94-0827 | Hardy |
| 94-0827 | Kloostra |
| 94-0827 | Schneider |
| 94-0828 | Lelko |
| 94-0837 | Colwell |
| 94-0837 | Erickson |
| 94-0837 | Hayes |
| 94-0837 | Kiepert |
| 94-0837 | Kosanke |
| 94-0837 | McKenzie |
| 94-0837 | Moon |
| 94-0837 | Shinsky |
| 94-1120 | Smith |
| 94-1192 | Boswell |
| 94-1192 | Boyden |
| 94-1192 | Bruhn |
| 94-1192 | Diercks |
| 94-1192 | Dreier |
| 94-1192 | Erdman |
| 94-1192 | Jackson |
| 94-1192 | Kawalske |
| 94-1192 | Losby |
| 94-1192 | Lubbe |
| 94-1192 | Roeder |

## CERTIFICATE OF SERVICE

I, Arlene J. Kaminski, a non-attorney, hereby certify that on September 14, 2007, I sent for filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically filed with the Clerk of the United States District Court in the Eastern District of Wisconsin, Motion to Withdraw Motion for Voluntary Dismissal, which sent notification of such filing to CM/ECF participants for each case, and I mailed copies of same by United States Postal Service regular mail to:

John F Hovel
Kravit Hovel & Krawczyk
825 N Jefferson St, 5th Fl
Milwaukee, WI 53202

William F Mahoney
Edward J McCambridge
Segal McCambridge
233 S. Wacker Drive, Ste. 5500
Chicago, IL 60606

Trevor J Will
Leon W Todd
Foley & Lardner
777 E. Wisconsin Avenue
Milwaukee, WI 53202

Timothy J Pike
Peterson Johnson & Murray
733 N Van Buren St, 6th Fl
Milwaukee, WI 53202

Donald R Orzeske
Goodin Orzeske & Blackwell
9102 North Meridian St, #400
Indianapolis, IN 46260

Robert J. Wirtz
Sager Colwin Samuelsen & Assoc
201 S Marr St
Fond Du Lack, WI 54935

Maja C Eaton
Sidley Austin LLP
One S. Dearborn St
Chicago, IL 60603

Robert H Riley
Schiff, Hardin
6600 Sears Tower
233 S Wacker Drive
Chicago, IL 60606

Jeffrey A Schmeckpeper
Kasdorf Lewis & Swietlik
1 Park Plaza
11270 W Park Pl, 5th Fl
Milwaukee, WI 53224

J Douglas Fitzgerald
von Briesen & Roper
411 E Wisconsin Ave, Ste 700
Milwaukee, WI 53201

Brian G. Cahill
Gass Weber Mullins LLC
309 North Water Street
Suite 500
Milwaukee, WI 53202

C. Michael Evert, Jr.
Evert & Weathersby, LLC
3405 Piedmont Road NE
Suite 225
Atlanta, GA 30305

Arlene J. Kaminski

Subscribed and sworn to before me
this 14th day of September, 2007.

Notary Public

OFFICIAL SEAL
VALERIA F BENITEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/26/10